Terry A. Horner
Case No. 24-70252-JAD

CAMBRIA COUNTY
200 SOUTH CENTER STREET
EBENSBURG, PA 15931

PAYROLL ACCOUNT
FIRST NATIONAL BANK of PA
111 W. High St.
Ebensburg, PA 15931

Check No. 464874

| Dept | Emp # | Date |
|---|---|---|
| 1301 | 16438 | 6/14/2024 |

Amount: **********0.00

VOID AFTER 60 DAYS
POSITIVE PAY PROTECTED

Pay exactly  ***** VOID ***** VOID ***** VOID ***** VOID ******

Pay to the order of:
TERRY HORNER
1959 CENTENNIAL DRIVE
WINDBER, PA 15963

President Commissioner

NOT NEGOTIABLE - NOTICE OF DEPOSIT

Treasurer

CAMBRIA COUNTY

Emp Name TERRY HORNER
Emp # 16438
Check # 464874
SSN
Issue date 6/14/2024
Pay period start 5/26/2024
Pay period end 6/8/2024
Gross pay 2,826.54
Net pay 1,720.69
Taxable calendar YTD earnings 24,122.22

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| PRISON SHIFT DIFF. | 72.00 | 23.8700 | 1,718.64 |
| OVERTIME | 16.00 | 35.4300 | 566.88 |
| PRISON OT SHIFT DIFF. | 8.00 | 35.8050 | 286.44 |
| HOLIDAY | 8.00 | 23.6200 | 188.96 |
| CLOTHING ALLOWANCE | 0.00 | 0.0000 | 42.00 |
| DOUBLE TIME | 0.50 | 47.2400 | 23.62 |
| Total | 104.50 | 165.97 | 2,826.54 |

### DEDUCTIONS

| Description | Amount | Year-to-date |
|---|---|---|
| CAMBRIA TOWNSHIP | 1.00 | 12.00 |
| COMPAC ASSESSMENT (UM\ | 0.00 | 10.00 |
| UMWA UNION DUES | 35.43 | 354.30 |
| UMWA ASSESSMENT | 0.00 | 10.20 |
| UMWA INITIATION FEE | 0.00 | 175.00 |
| FED W/H | 206.40 | 1,978.99 |
| FICA | 161.60 | 1,659.37 |
| MEDICARE (FUNDS 100 & 26' | 37.79 | 388.09 |
| STATE | 80.02 | 821.66 |
| CAMBRIA LOCAL TAX | 26.07 | 267.65 |
| PA UNEMPLOYMENT COMP | 1.98 | 20.57 |
| RETIREMENT MANDATORY | 250.61 | 2,641.92 |
| CHAPTER 13 | 0.00 | 9,380.00 |
| CLOTHING ALLOWANCE | 42.00 | 42.00 |
| VISION V1 | 0.00 | 212.10 |
| MEDICAL GRP 800 | 127.22 | 1,399.42 |
| AFLAC - PRE TAXED | 58.77 | 646.47 |
| AFLAC - TAXABLE | 42.90 | 471.90 |
| OPTIONAL DENTAL D-1 | 34.06 | 374.66 |
| DIR. DEPOSIT | 1,720.69 | 0.00 |

### LEAVE

| Description | Taken | Earned | Balance |
|---|---|---|---|
| VACATION | 0.00 | 0.00 | 80.00 |
| SICK | 0.00 | 0.00 | 0.00 |
| SICK FAMILY | 0.00 | 0.00 | 0.00 |
| MLRP | 0.00 | 0.00 | 0.00 |
| PERSONAL | 0.00 | 0.00 | 8.00 |

### BENEFITS

| Description | EE Amt | ER Amt | ER YTD |
|---|---|---|---|
| LIFE INSURANCE (FDS 100 & | 0.00 | 5.20 | 30.99 |
| ACCIDENTIAL DEATH/DIS | 0.00 | 0.85 | 5.07 |
| FICA | 161.60 | 161.60 | 1,659.37 |
| MEDICARE (FUNDS 100 & 26' | 37.79 | 37.79 | 388.09 |
| RETIREMENT BENFT (FDS10 | 0.00 | 355.03 | 3,742.76 |
| MEDICAL GRP 800 | 127.22 | 0.00 | 7,208.80 |
| Total | | 560.47 | 13,035.08 |

Comments: 2nd pay will show sick time credit. You must be in compensable status to use the credit. Using the credit before this is a violation of the Attendance Policy.

**CAMBRIA COUNTY**
200 SOUTH CENTER STREET
EBENSBURG, PA 15931

PAYROLL ACCOUNT
FIRST NATIONAL BANK of PA
111 W. High St
Ebensburg, PA 15931

Check No. 464196

| Dept | Emp # | Date |
|---|---|---|
|  | 16438 | 5/31/2024 |

Amount
************0.00

VOID AFTER 60 DAYS
POSITIVE PAY PROTECTED

Pay exactly    ***** VOID ***** VOID ***** VOID ***** VOID ******

Pay to the order of:
TERRY HORNER
1959 CENTENNIAL DRIVE
WINDBER, PA 15963

President Commissioner

**NOT NEGOTIABLE - NOTICE OF DEPOSIT**

Treasurer

**CAMBRIA COUNTY**

| Emp Name TERRY HORNER | Pay period start 5/12/2024 | Gross pay | 2,332.76 |
|---|---|---|---|
| Emp # 16438    SSN | Pay period end 5/25/2024 | Net pay | 1,668.34 |
| Check # 464196    Issue date 5/31/2024 | Taxable calendar YTD earnings | | 21,766.34 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Year-to-date |
| PRISON SHIFT DIFF. | 72.00 | 23.8700 | 1,718.64 | CAMBRIA TOWNSHIP | 1.00 | 11.00 |
| OVERTIME | 12.00 | 35.4300 | 425.16 | COMPAC ASSESSMENT (UM\ | 0.00 | 10.00 |
| SICK | 8.00 | 23.6200 | 188.96 | UMWA ASSESSMENT | 0.00 | 10.20 |
| Total | 92.00 | 82.92 | 2,332.76 | UMWA UNION DUES | 0.00 | 318.87 |
| | | | | UMWA INITIATION FEE | 0.00 | 175.00 |
| | | | | FED W/H | 178.43 | 1,772.59 |
| | | | | FICA | 144.63 | 1,497.77 |
| | | | | MEDICARE (FUNDS 100 & 26 | 33.83 | 350.30 |
| | | | | STATE | 71.62 | 741.64 |
| | | | | CAMBRIA LOCAL TAX | 23.33 | 241.58 |
| | | | | PA UNEMPLOYMENT COMP | 1.63 | 18.59 |
| | | | | RETIREMENT MANDATORY | 209.95 | 2,391.31 |
| | | | | CHAPTER 13 | 0.00 | 9,380.00 |
| | | | | VISION V1 | 0.00 | 212.10 |
| | | | | AFLAC - PRE TAXED | 0.00 | 587.70 |
| | | | | MEDICAL GRP 800 | 0.00 | 1,272.20 |
| | | | | AFLAC - TAXABLE | 0.00 | 429.00 |
| | | | | OPTIONAL DENTAL D-1 | 0.00 | 340.60 |
| | | | | DIR. DEPOSIT | 1,668.34 | 0.00 |
| | | | | Total | 2,332.76 | 19,760.45 |

| LEAVE | | | | BENEFITS | | | |
|---|---|---|---|---|---|---|---|
| Description | Taken | Earned | Balance | Description | EE Amt | ER Amt | ER YTD |
| VACATION | 0.00 | 0.00 | 80.00 | LIFE INSURANCE (FDS 100 & | 0.00 | 0.00 | 25.79 |
| SICK | 8.00 | 0.00 | 0.00 | ACCIDENTAL DEATH/DIS | 0.00 | 0.00 | 4.22 |
| SICK FAMILY | 0.00 | 0.00 | 0.00 | FICA | 144.63 | 144.63 | 1,497.77 |
| MLRP | 0.00 | 0.00 | 0.00 | MEDICARE (FUNDS 100 & 26 | 33.83 | 33.83 | 350.30 |
| PERSONAL | 0.00 | 0.00 | 8.00 | RETIREMENT BENFT (FDS10 | 0.00 | 297.43 | 3,387.73 |
| | | | | MEDICAL GRP 800 | 0.00 | 0.00 | 7,208.80 |
| | | | | Total | | 475.89 | 12,474.61 |

Comments:  2nd pay will show sick time credit. You must be in compensable status to use the credit. Using the credit before this is a violation of the Attendance Policy.

**County of Cambria**

CAMBRIA COUNTY
200 SOUTH CENTER STREET
EBENSBURG, PA 15931

Payable through
PAYROLL ACCOUNT
FIRST NATIONAL BANK of PA
111 W. High St
Ebensburg, PA 15931

Check No. 463508

| Dept | Emp # | Date |
|---|---|---|
| 1301 | 16438 | 5/17/2024 |

Amount: ***********0.00

VOID AFTER 60 DAYS
POSITIVE PAY PROTECTED

Pay exactly     ***** VOID ***** VOID ***** VOID ***** VOID ******

Pay to the order of:
TERRY HORNER
1959 CENTENNIAL DRIVE
WINDBER, PA 15963

_____
President Commissioner

NOT NEGOTIABLE - NOTICE OF DEPOSIT

_____
Treasurer

CAMBRIA COUNTY

| Emp Name TERRY HORNER | | Pay period start 4/28/2024 | Gross pay | 2,441.06 |
|---|---|---|---|---|
| Emp # 16438 | SSN | Pay period end 5/11/2024 | Net pay | 1,463.76 |
| Check # 463508 | Issue date 5/17/2024 | | Taxable calendar YTD earnings | 19,643.53 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Year-to-date |
| PRISON SHIFT DIFF. | 80.00 | 23.8700 | 1,909.60 | CAMBRIA TOWNSHIP | 1.00 | 10.00 |
| OVERTIME | 15.00 | 35.4300 | 531.46 | COMPAC ASSESSMENT (UMV | 0.00 | 10.00 |
| Total | 95.00 | 59.30 | 2,441.06 | UMWA ASSESSMENT | 0.00 | 10.20 |
| | | | | UMWA UNION DUES | 35.43 | 318.87 |
| | | | | UMWA INITIATION FEE | 0.00 | 175.00 |
| | | | | FED W/H | 158.76 | 1,594.16 |
| | | | | FICA | 135.07 | 1,353.14 |
| | | | | MEDICARE (FUNDS 100 & 26* | 31.59 | 316.47 |
| | | | | STATE | 66.88 | 670.02 |
| | | | | CAMBRIA LOCAL TAX | 21.79 | 218.25 |
| | | | | PA UNEMPLOYMENT COMP | 1.71 | 16.96 |
| | | | | RETIREMENT MANDATORY | 219.70 | 2,181.36 |
| | | | | CHAPTER 13 | 0.00 | 9,380.00 |
| | | | | VISION V1 | 42.42 | 212.10 |
| | | | | AFLAC - PRE TAXED | 58.77 | 587.70 |
| | | | | MEDICAL GRP 800 | 127.22 | 1,272.20 |
| | | | | AFLAC - TAXABLE | 42.90 | 429.00 |
| | | | | OPTIONAL DENTAL D-1 | 34.06 | 340.60 |
| | | | | DIR. DEPOSIT | 1,463.76 | 0.00 |
| | | | | Total | 2,441.06 | 19,096.03 |

| LEAVE | | | | BENEFITS | | | |
|---|---|---|---|---|---|---|---|
| Description | Taken | Earned | Balance | Description | EE Amt | ER Amt | ER YTD |
| VACATION | 0.00 | 0.00 | 80.00 | LIFE INSURANCE (FDS 100 & | 0.00 | 0.00 | 25.79 |
| SICK | 0.00 | 8.00 | 8.00 | ACCIDENTIAL DEATH/DIS | 0.00 | 0.00 | 4.22 |
| SICK FAMILY | 0.00 | 0.00 | 0.00 | FICA | 135.07 | 135.07 | 1,353.14 |
| MLRP | 0.00 | 0.00 | 0.00 | MEDICARE (FUNDS 100 & 26* | 31.59 | 31.59 | 316.47 |
| PERSONAL | 0.00 | 0.00 | 8.00 | RETIREMENT BENFT (FDS10 | 0.00 | 311.24 | 3,090.30 |
| | | | | MEDICAL GRP 800 | 127.22 | 1,441.76 | 7,208.80 |
| | | | | Total | | 1,919.66 | 11,998.72 |

Comments:    2nd pay will show sick time credit. You must be in compensable status to use the
credit. Using the credit before this is a violation of the Attendance Policy.

County of Cambria
CAMBRIA COUNTY
200 SOUTH CENTER STREET
EBENSBURG, PA 15931

Payable through
PAYROLL ACCOUNT
FIRST NATIONAL BANK of PA
111 W High St
Ebensburg, PA 15931

Check No. 462880

| Dept | Emp # | Date |
|---|---|---|
|  | 16438 | 5/3/2024 |

Amount
***********0.00

VOID AFTER 60 DAYS
POSITIVE PAY PROTECTED

Pay exactly   ***** VOID ***** VOID ***** VOID ***** VOID ******

Pay to the order of

TERRY HORNER
1959 CENTENNIAL DRIVE
WINDBER, PA 15963

_____
President Commissioner

NOT NEGOTIABLE - NOTICE OF DEPOSIT

_____
Treasurer

**CAMBRIA COUNTY**

| Emp Name TERRY HORNER | Pay period start 4/14/2024 | Gross pay | 2,191.04 |
|---|---|---|---|
| Emp # 16438    SSN | Pay period end 4/27/2024 | Net pay | 1,325.39 |
| Check # 462830    Issue date 5/3/2024 | Taxable calendar YTD earnings | | 17,684.64 |

### EARNINGS

| Description | Hours | Rate | Amount |
|---|---|---|---|
| PRISON SHIFT DIFF. | 72.00 | 23.8700 | 1,718.64 |
| OVERTIME | 8.00 | 35.4300 | 283.44 |
| SICK | 8.00 | 23.6200 | 188.96 |
| Total | 88.00 | 82.92 | 2,191.04 |

### DEDUCTIONS

| Description | Amount | Year-to-date |
|---|---|---|
| CAMBRIA TOWNSHIP | 1.00 | 9.00 |
| COMPAC ASSESSMENT (UM\ | 0.00 | 10.00 |
| UMWA ASSESSMENT | 0.00 | 10.20 |
| UMWA UNION DUES | 35.43 | 283.44 |
| UMWA INITIATION FEE | 0.00 | 175.00 |
| FED W/H | 136.55 | 1,435.40 |
| FICA | 122.20 | 1,218.07 |
| MEDICARE (FUNDS 100 & 26' | 28.58 | 284.88 |
| STATE | 60.51 | 603.14 |
| CAMBRIA LOCAL TAX | 19.71 | 196.46 |
| PA UNEMPLOYMENT COMP | 1.53 | 15.25 |
| RETIREMENT MANDATORY | 197.19 | 1,961.66 |
| CHAPTER 13 | 0.00 | 9,380.00 |
| VISION V1 | 0.00 | 169.68 |
| AFLAC - PRE TAXED | 58.77 | 528.93 |
| MEDICAL  GRP 800 | 127.22 | 1,144.98 |
| AFLAC - TAXABLE | 42.90 | 386.10 |
| OPTIONAL DENTAL D-1 | 34.06 | 306.54 |
| DIR. DEPOSIT | 1,325.39 | 0.00 |
| Total | 2,191.04 | 18,118.73 |

### LEAVE

| Description | Taken | Earned | Balance |
|---|---|---|---|
| VACATION | 0.00 | 0.00 | 80.00 |
| SICK | 8.00 | 0.00 | 0.00 |
| SICK FAMILY | 0.00 | 0.00 | 0.00 |
| MLRP | 0.00 | 0.00 | 0.00 |
| PERSONAL | 0.00 | 0.00 | 8.00 |

### BENEFITS

| Description | EE Amt | ER Amt | ER YTD |
|---|---|---|---|
| LIFE INSURANCE (FDS 100 & | 0.00 | 5.20 | 25.79 |
| ACCIDENTAL DEATH/DIS | 0.00 | 0.85 | 4.22 |
| FICA | 122.20 | 122.20 | 1,218.07 |
| MEDICARE (FUNDS 100 & 26' | 28.58 | 28.58 | 284.88 |
| RETIREMENT BENFT (FDS10 | 0.00 | 279.36 | 2,779.06 |
| MEDICAL  GRP 800 | 127.22 | 0.00 | 5,767.04 |
| Total | | 436.19 | 10,079.06 |

Comments:  2nd pay will show sick time credit. You must be in compensable status to use the credit. Using the credit before this is a violation of the Attendance Policy.

County of Cambria

CAMBRIA COUNTY
200 SOUTH CENTER STREET
EBENSBURG, PA 15931

Payable through
PAYROLL ACCOUNT
FIRST NATIONAL BANK of PA
111 W High St
Ebensburg, PA 15931

Check No. 462147

| Dept | Emp # | Date |
|---|---|---|
| 1301 | 16438 | 4/19/2024 |

Amount
************0.00

VOID AFTER 60 DAYS
POSITIVE PAY PROTECTED

Pay exactly    ***** VOID ***** VOID ***** VOID ***** VOID ******

Pay to the order of

TERRY HORNER
1959 CENTENNIAL DRIVE
WINDBER, PA 15963

_____
President Commissioner

NOT NEGOTIABLE - NOTICE OF DEPOSIT

_____
Treasurer

CAMBRIA COUNTY

| Emp Name TERRY HORNER | | Pay period start 3/31/2024 | Gross pay | 2,188.04 |
|---|---|---|---|---|
| Emp # 16438 | SSN | Pay period end 4/13/2024 | Net pay | 1,265.97 |
| Check # 462147 | Issue date 4/19/2024 | | Taxable calendar YTD earnings | 15,910.84 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Year-to-date |
| PRISON SHIFT DIFF. | 48.00 | 23.8700 | 1,145.76 | CAMBRIA TOWNSHIP | 1.00 | 8.00 |
| PERSONAL | 16.00 | 23.6200 | 377.92 | COMPAC ASSESSMENT (UM\ | 0.00 | 10.00 |
| PRISON OT SHIFT DIFF. | 8.00 | 35.8050 | 286.44 | UMWA ASSESSMENT | 0.00 | 10.20 |
| REG | 8.00 | 23.6200 | 188.96 | UMWA UNION DUES | 35.43 | 248.01 |
| HOLIDAY | 8.00 | 23.6200 | 188.96 | UMWA INITIATION FEE | 25.00 | 175.00 |
| Total | 88.00 | 130.54 | 2,188.04 | FED W/H | 131.13 | 1,298.85 |
| | | | | FICA | 119.39 | 1,095.87 |
| | | | | MEDICARE (FUNDS 100 & 26 | 27.92 | 256.30 |
| | | | | STATE | 59.12 | 542.63 |
| | | | | CAMBRIA LOCAL TAX | 19.26 | 176.75 |
| | | | | PA UNEMPLOYMENT COMP | 1.53 | 13.72 |
| | | | | RETIREMENT MANDATORY | 196.92 | 1,764.47 |
| | | | | CHAPTER 13 | 0.00 | 9,380.00 |
| | | | | VISION V1 | 42.42 | 169.68 |
| | | | | AFLAC - PRE TAXED | 58.77 | 470.16 |
| | | | | MEDICAL GRP 800 | 127.22 | 1,017.76 |
| | | | | AFLAC - TAXABLE | 42.90 | 343.20 |
| | | | | OPTIONAL DENTAL D-1 | 34.06 | 272.48 |
| | | | | DIR. DEPOSIT | 1,265.97 | 0.00 |
| | | | | Total | 2,188.04 | 17,253.08 |

| LEAVE | | | | BENEFITS | | | |
|---|---|---|---|---|---|---|---|
| Description | Taken | Earned | Balance | Description | EE Amt | ER Amt | ER YTD |
| VACATION | 0.00 | 0.00 | 80.00 | LIFE INSURANCE (FDS 100 & | 0.00 | 0.00 | 20.59 |
| SICK | 0.00 | 8.00 | 8.00 | ACCIDENTAL DEATH/DIS | 0.00 | 0.00 | 3.37 |
| SICK FAMILY | 0.00 | 0.00 | 0.00 | FICA | 119.39 | 119.39 | 1,095.87 |
| MLRP | 0.00 | 0.00 | 0.00 | MEDICARE (FUNDS 100 & 26 | 27.92 | 27.92 | 256.30 |
| PERSONAL | 16.00 | 0.00 | 8.00 | RETIREMENT BENFT (FDS10 | 0.00 | 278.98 | 2,499.70 |
| | | | | MEDICAL GRP 800 | 127.22 | 1,441.76 | 5,767.04 |
| | | | | Total | | 1,868.05 | 9,642.87 |

Comments: 2nd pay will show sick time credit. You must be in compensable status to use the credit. Using the credit before this is a violation of the Attendance Policy.

County of Cambria

CAMBRIA COUNTY
200 SOUTH CENTER STREET
EBENSBURG, PA 15931

PAYROLL ACCOUNT
FIRST NATIONAL BANK of PA
111 W High St
Ebensburg, PA 15931

Check No. 46146_

| Dept | Emp # | Date |
|---|---|---|
| 1301 | 16438 | 4/5/2024 |

Amount ************0.00

VOID AFTER 60 DAYS
POSITIVE PAY PROTECTED

Pay exactly   ***** VOID ***** VOID ***** VOID ***** VOID ******

Pay to the order of

TERRY HORNER
1959 CENTENNIAL DRIVE
WINDBER, PA 15963

_____ President Commissioner

NOT NEGOTIABLE - NOTICE OF DEPOSIT

_____ Treasurer

CAMBRIA COUNTY

| Emp Name | TERRY HORNER | Pay period start | 3/17/2024 | Gross pay | 2,192.04 |
|---|---|---|---|---|---|
| Emp # 16438 | SSN | Pay period end | 3/30/2024 | Net pay | 21.51 |
| Check # 461461 | Issue date 4/5/2024 | | Taxable calendar YTD earnings | 14,182.19 |

| EARNINGS | | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | Description | Amount | Year-to-date |
| PRISON SHIFT DIFF. | 64.00 | 23.8700 | 1,527.68 | CAMBRIA TOWNSHIP | 1.00 | 7.00 |
| PRISON OT SHIFT DIFF. | 8.00 | 35.8050 | 286.44 | COMPAC ASSESSMENT (UM\ | 0.00 | 10.00 |
| HOLIDAY | 8.00 | 23.6200 | 188.96 | UMWA UNION DUES | 0.00 | 212.58 |
| SICK | 8.00 | 23.6200 | 188.96 | UMWA ASSESSMENT | 0.00 | 10.20 |
| Total | 88.00 | 106.92 | 2,192.04 | UMWA INITIATION FEE | 0.00 | 150.00 |
| | | | | FED W/H | 136.66 | 1,167.72 |
| | | | | FICA | 122.26 | 976.48 |
| | | | | MEDICARE (FUNDS 100 & 26' | 28.59 | 228.38 |
| | | | | STATE | 60.54 | 483.51 |
| | | | | CAMBRIA LOCAL TAX | 19.72 | 157.49 |
| | | | | PA UNEMPLOYMENT COMP | 1.53 | 12.19 |
| | | | | RETIREMENT MANDATORY | 197.28 | 1,567.55 |
| | | | | CHAPTER 13 | 1,340.00 | 9,380.00 |
| | | | | VISION V1 | 0.00 | 127.26 |
| | | | | AFLAC - PRE TAXED | 58.77 | 411.39 |
| | | | | MEDICAL GRP 800 | 127.22 | 890.54 |
| | | | | AFLAC - TAXABLE | 42.90 | 300.30 |
| | | | | OPTIONAL DENTAL D-1 | 34.06 | 238.42 |
| | | | | DIR. DEPOSIT | 21.51 | 0.00 |
| | | | | Total | 2,192.04 | 16,331.01 |

| LEAVE | | | | BENEFITS | | | |
|---|---|---|---|---|---|---|---|
| Description | Taken | Earned | Balance | Description | EE Amt | ER Amt | ER YTD |
| VACATION | 0.00 | 0.00 | 80.00 | LIFE INSURANCE (FDS 100 & | 0.00 | 5.20 | 20.59 |
| SICK | 8.00 | 0.00 | 0.00 | ACCIDENTAL DEATH/DIS | 0.00 | 0.85 | 3.37 |
| SICK FAMILY | 0.00 | 0.00 | 0.00 | FICA | 122.26 | 122.26 | 976.48 |
| MLRP | 0.00 | 0.00 | 0.00 | MEDICARE (FUNDS 100 & 26' | 28.59 | 28.59 | 228.38 |
| PERSONAL | 0.00 | 0.00 | 24.00 | RETIREMENT BENFT (FDS10 | 0.00 | 279.49 | 2,220.72 |
| | | | | MEDICAL GRP 800 | 127.22 | 0.00 | 4,325.28 |
| | | | | Total | | 436.39 | 7,774.82 |

Comments: 2nd pay will show sick time credit. You must be in compensable status to use the credit. Using the credit before this is a violation of the Attendance Policy.