**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70252-JAD |
| Terry A. Horner, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Terry A. Horner, | : | |
| Movant | : | |
| vs. | : | |
| | : | |
| Ally Financial, Inc., | : | |
| Capital One, | : | |
| Castel Credit Co. Holdings, | : | |
| First National Bank of Pennsylvania, | : | |
| Internal Revenue Service, | : | |
| Lendmark Financial Services, | : | |
| Value Finance, Inc., | : | |
| Wintrust Mortgage, | : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**CERTIFICATE OF SERVICE**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz, hereby certify that I am over the age of eighteen years old and certify under penalty of perjury that I served or caused to be served, on the 17th day of July, 2024, a true and correct copy of the Order dated July 16, 2024, approving the Motion to Extend Automatic Stay Beyond Thirty Days, by First-Class Mail. U.S. Postage paid on all Parties on the Court's Mailing Matrix.

Respectfully submitted,

Executed on: <u>July 17, 2024</u>

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

___

*Parties served by the court electronically were not served by regular mail.

```
Label Matrix for local noticing         U.S. Bankruptcy Court              Ally Financial, Inc
0315-7                                  5414 U.S. Steel Tower              Attn: Bankruptcy
Case 24-70252                           600 Grant Street                   500 Woodard Ave
WESTERN DISTRICT OF PENNSYLVANIA        Pittsburgh, PA 15219-2703          Detroit, MI 48226-3416
Johnstown
Mon Jun 24 11:41:38 EDT 2024

Capital One                             Castel Credit Co Holdings          First National Bank of Pennsylvania
Attn: Bankruptcy                        Attn: Bankruptcy                   Attn: Legal Dept
Po Box 30285                            200 S Michigan Ave #450            3015 Glimcher Blvd
Salt Lake City, UT 84130-0285           Chicago, IL 60604-2400             Hermitage, PA 16148-3343


Internal Revenue Service                (p)LENDMARK FINANCIAL SERVICES     Office of the United States Trustee
Centralized Insolvency Operation        2118 USHER ST                      1000 Liberty Avenue
P.O. Box 7346                           COVINGTON GA 30014-2434            Suite 1316
Philadelphia, PA 19101-7346                                                Pittsburgh, PA 15222-4013


Value Finance Inc                       Wintrust Mortgage                  Kenneth P. Seitz
Pob 248                                 P.O. Box 7608                      Law Offices of Kenny P. Seitz
Ebensburg, PA 15931-0248                Hoffman Estates, IL 60179-7608     P.O. Box 211
                                                                           Ligonier, PA 15658-0211


Terry A Horner
1959 Centennial Drive
Windber, PA 15963-9002
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Lendmark Financial Services             End of Label Matrix
Attn: Bankruptcy                        Mailable recipients    12
1735 N. Brown Road, Suite 300           Bypassed recipients     0
Lawrenceville, GA 30043                 Total                  12
```