**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70252-JAD |
| Terry A. Horner, | : | |
|     Debtor | : | Chapter 13 |
| | : | |
| Terry A. Horner, | : | (Prior Bankruptcy Case Filed at |
|     Movant | : | Docket No. 23-70129-JAD Dismissed |
| vs. | : | March 22, 2024) |
| | : | |
| Ally Financial, Inc., | : | Docket No. |
| Capital One, | : | |
| Castel Credit Co. Holdings, | : | |
| First National Bank of Pennsylvania, | : | |
| Internal Revenue Service, | : | Related to Doc. #5 |
| Lendmark Financial Services, | : | |
| Value Finance, Inc., | : | |
| Wintrust Mortgage, | : | |
|     Respondents | : | |
| | : | |
| and | : | **DEFAULT O/E JAD** |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |

**ORDER**

**AND NOW,** on this __16th__ day of __July__, <u>2024,</u> upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED AND DECREED that the Automatic Stay of 11 U.S.C. § 362 (a) is hereby extended to all named respondents for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. § 362 (c)(1) or (c) (2), or a motion for relief is granted under § 362 (d), or until further order of Court.

BY THE COURT,

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
7/16/24 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 24-70252-JAD

Terry A Horner  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry A Horner, 1959 Centennial Drive, Windber, PA 15963-9002 |
| 15812666 | | Wintrust Mortgage, P.O. Box 7608, Hoffman Estates, IL 60179-7608 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 17 2024 00:29:21 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15812659 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 16 2024 23:57:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 15812660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 00:04:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15812661 | + | Email/Text: legal@castlecredit.com | Jul 16 2024 23:59:00 | Castel Credit Co Holdings, Attn: Bankruptcy, 200 S Michigan Ave #450, Chicago, IL 60604-2400 |
| 15819038 | + | Email/Text: legal@castlecredit.com | Jul 16 2024 23:59:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 15812662 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 16 2024 23:57:00 | First National Bank of Pennsylvania, Attn: Legal Dept, 3015 Glimcher Blvd, Hermitage, PA 16148-3343 |
| 15812663 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 16 2024 23:58:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15812664 | | Email/Text: bk@lendmarkfinancial.com | Jul 16 2024 23:57:00 | Lendmark Financial Services, Attn: Bankruptcy, 1735 N. Brown Road, Suite 300, Lawrenceville, GA 30043 |
| 15817777 | | Email/Text: bk@lendmarkfinancial.com | Jul 16 2024 23:57:00 | Lendmark Financial Services LLC, 2118 Usher St., Covington, GA 30014 |
| 15818461 | | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2024 00:17:12 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| District/off: 0315-7 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2024 | Form ID: pdf900 | Total Noticed: 12 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wintrust Mortgage, a division of Barrington Bank & |
| 15812665 | ##+ | Value Finance Inc, Pob 248, Ebensburg, PA 15931-0248 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2024                    Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | |
| | on behalf of Creditor Wintrust Mortgage a division of Barrington Bank & Trust Company, N.A. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Terry A Horner thedebterasers@aol.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

TOTAL: 4