**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| | : Case No. 24-70252-JAD |
| Terry A. Horner, | : |
| | : Chapter 13 |
| Debtor | : |
| | : |

### CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of August, 2024, a true and correct copy of the Order dated August 14, 2024, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

CAMBRIA COUNTY
200 SOUTH CENTER STREET
EBENSBURG, PA 15931

TERRY A. HORNER
1959 CENTENNIAL DRIVE
WINDBER, PA 15963

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Respectfully submitted,

Executed on: August 19, 2024

/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470