**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70252-JAD |
| Terry A. Horner, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Terry A. Horner, | : | Docket No. |
| Movant | : | |
| vs. | : | |
| | : | |
| Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A., | : | |
| Respondent | : | |
| and | : | |
| Ronda J. Winnecour, Esquire Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**SETTLEMENT AND CERTIFICATION OF COUNSEL REGARDING**
**CONSENT ORDER TO CONTINUE HEARING**

The undersigned hereby certifies that agreement has been reached with the respondent(s) regarding the Objection to Wintrust Mortgage, a Division of Barrington Bank & Trust Company, N.A.'s Notice of Mortgage Payment Change filed December 31, 2025.

The signature requirements of W.PA.LBR 5005-6 have been followed in obtaining the agreement of all parties and is reflected in the attached document.

The undersigned further certifies that:

☑ An agreed order and a redline version showing the changes made to the order originally filed with the court as an attachment to the motion is attached to this Certificate of Counsel. Deletions are signified by a line in the middle of the original text (strikeout) and additions are signed by text in italics. It is respectfully requested that the attached order by entered by the Court.

☑ No other order has been filed pertaining to the subject matter of this agreement.

☑ The attached document does not require a proposed order.

Dated: February 10, 2026         By:   /s/ Kenneth P. Seitz, Esquire
                                       Signature
                                       Kenneth P. Seitz, Esquire
                                       Typed Name
                                       P.O. Box 211, Ligonier, PA 15658
                                       Address
                                       (814) 536-7470
                                       Phone No.
                                       81666 PA
                                       Bar I.D. and State of Admission

**PAWB Local Form 26 (06/17)**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70252-JAD |
| Terry A. Horner, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Terry A. Horner, | : | Docket No. 48 |
| Movant | : | |
| vs. | : | Related to Docket Nos. 46, 47 |
| | : | |
| Wintrust Mortgage, a division of | : | Hearing Date & Time: February 24, 2026 |
| Barrington Bank & Trust | : | 10:00 AM |
| Company, N.A., | : | |
| Respondent | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CONSENT ORDER TO CONTINUE HEARING

AND NOW, this the _____ day of <u>February</u>, <u>2026</u>, upon consent of the Debtor and the Respondent, Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A., the parties hereby agree to have the hearing currently scheduled for Tuesday, February 24, 2026 at 10:00 AM continued for thirty (30) days.

The continuance is being requested to allow for a new escrow analysis to be completed as well as for parties to communicate for a resolution.

**IT IS HEREBY ORDERED** that hearing is hereby continued to the ____ day _____, _____.

BY THE COURT:

_____
Jeffery A. Deller
United States Bankruptcy Judge

1

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658


/s/Brian Nicholas, Esquire
Brian Nicholas, Esquire
Attorney for Respondent
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076