# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70252-JAD |
| Terry A. Horner, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Terry A. Horner, | : | Docket No. 48 |
| Movant | : | |
| vs. | : | Related to Docket Nos. 46, 47 |
| | : | |
| Wintrust Mortgage, a division of | : | Hearing Date & Time: February 24, 2026 |
| Barrington Bank & Trust | : | 10:00 AM |
| Company, N.A., | : | |
| Respondent | : | |
| | : | Doc. #48 |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CONSENT ORDER TO CONTINUE HEARING

AND NOW, this the 10th day of February, 2026, upon consent of the Debtor and the Respondent, Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A., the parties hereby agree to have the hearing currently scheduled for Tuesday, February 24, 2026 at 10:00 AM continued.

The continuance is being requested to allow for a new escrow analysis to be completed as well as for parties to communicate for a resolution.

**IT IS HEREBY ORDERED** that hearing is hereby continued to the 31st day March, 2026 at 10:00 AM by Zoom with Judge Jeffery A. Deller.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

1

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

FILED
2/10/26 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Brian Nicholas, Esquire
Brian Nicholas, Esquire
Attorney for Respondent
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076