**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70252-JAD |
| Terry A. Horner, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Terry A. Horner, | : | Docket No. 48 |
| Movant | : | |
| vs. | : | Related to Docket Nos. 46, 47 |
| | : | |
| Wintrust Mortgage, a division of | : | Hearing Date & Time: February 24, 2026 |
| Barrington Bank & Trust | : | 10:00 AM |
| Company, N.A., | : | |
| Respondent | : | |
| | : | Doc. #48 |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**CONSENT ORDER TO CONTINUE HEARING**

AND NOW, this the _10th_ day of February, 2026, upon consent of the Debtor and the

Respondent, Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A., the parties

hereby agree to have the hearing currently scheduled for Tuesday, February 24, 2026 at 10:00 AM

continued.

The continuance is being requested to allow for a new escrow analysis to be completed as well as

for parties to communicate for a resolution.

**IT IS HEREBY ORDERED that hearing is hereby continued to the _31st_ day**

_____March_____, _2026___ at 10:00 AM by Zoom with Judge Jeffery A. Deller.

BY THE COURT:

Jeffery A. Deller
United States Bankruptcy Judge

1

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

FILED
2/10/26 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Brian Nicholas, Esquire
Brian Nicholas, Esquire
Attorney for Respondent
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076

2

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 24-70252-JAD |
|---|---|
| Terry A Horner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

**Recip ID              Recipient Name and Address**
db                  +  Terry A Horner, 1959 Centennial Drive, Windber, PA 15963-9002

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Craig H. Fox | |
| | on behalf of Creditor Lendmark Financial Services  LLC cfox@foxandfoxlaw.com, bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com |
| Denise Carlon | |
| | on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. dcarlon@kmllawgroup.com |
| Jeffrey Hunt | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Terry A Horner thedebterasers@aol.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7                              User: auto                                              Page 2 of 2
Date Rcvd: Feb 10, 2026                      Form ID: pdf900                                  Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6