**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-70252-JAD |
| Terry A. Horner, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Terry A. Horner, | : | Docket No. 48 |
| Movant | : | |
| vs. | : | Related to Docket Nos. 46, 47 |
| | : | |
| Wintrust Mortgage, a division of | : | Hearing Date & Time: February 24, 2026 |
| Barrington Bank & Trust | : | 10:00 AM |
| Company, N.A., | : | |
| Respondent | : | |
| | : | Doc. #48 |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

**CONSENT ORDER TO CONTINUE HEARING**

AND NOW, this the  10th  day of February, 2026, upon consent of the Debtor and the

Respondent, Wintrust Mortgage, a division of Barrington Bank & Trust Company, N.A., the parties

hereby agree to have the hearing currently scheduled for Tuesday, February 24, 2026 at 10:00 AM

continued.

The continuance is being requested to allow for a new escrow analysis to be completed as well as

for parties to communicate for a resolution.

**IT IS HEREBY ORDERED that hearing is hereby continued to the 31st day**

_____March_____, 2026___at 10:00 AM by Zoom with Judge Jeffery A. Deller.

BY THE COURT:

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

Consented to:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
Attorney for the Debtor
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

FILED
2/10/26 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/Brian Nicholas, Esquire
Brian Nicholas, Esquire
Attorney for Respondent
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076

2

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 24-70252-JAD

Terry A Horner                                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 11, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

**Recip ID               Recipient Name and Address**
    +  Brian Nicholas, McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076-2102

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026               Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

**Name                  Email Address**

Craig H. Fox

         on behalf of Creditor Lendmark Financial Services  LLC cfox@foxandfoxlaw.com, bankruptcy@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com

Denise Carlon

         on behalf of Creditor Wintrust Mortgage  a division of Barrington Bank & Trust Company, N.A. dcarlon@kmllawgroup.com

Jeffrey Hunt

         on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Kenneth P. Seitz

         on behalf of Debtor Terry A Horner thedebterasers@aol.com

Office of the United States Trustee
         ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-7                                    User: auto                                                Page 2 of 2
Date Rcvd: Feb 11, 2026                                 Form ID: pdf900                                           Total Noticed: 1

cmecf@chapter13trusteewdpa.com


TOTAL: 6