**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                       :
                                                             : **Case No. 24-70252-JAD**
    **Terry A. Horner,**                  :
                                                             : **Chapter 13**
        **Debtor**    :
                                                             :

**CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 14th day of May, 2026, a true and correct copy of the Order dated May 13, 2026, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail U.S. Postage paid on the Parties below:

> CAMBRIA COUNTY
> 200 SOUTH CENTER STREET
> EBENSBURG, PA 15931
>
> TERRY A. HORNER
> 1959 CENTENNIAL DRIVE
> WINDBER, PA 15963
>
> Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

                                   Respectfully submitted,

Executed on: <u>May 14, 2026</u>          /s/ Jessica L. Tighe
                                   Jessica L. Tighe; Legal Asst.
                                   Law Offices of Kenny P. Seitz
                                   P. O. Box 211
                                   Ligonier, PA  15658
                                   (814) 536-7470